# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN L. MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> KAITLYN MARIE KIRBY, <br><br> Defendant. | Case No. 2:19-cv-02089-JAD-BNW <br><br> **ORDER** |

The United States Postal Service has returned as undeliverable to Plaintiff's counsel Michael T. Hua ECF No. 9 in this case. (*See* ECF No. 14.) Thus, it appears that Mr. Hua is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. Hua must file a notice with his current address with the court by February 21, 2020. If Mr. Hua does not update his address by that date, the court will recommend dismissal of this case.

IT IS SO ORDERED.

DATED: February 3, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE