JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN L. MITCHELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAITLYN MARIE KIRBY, an individual; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:19-cv-02089-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (First Request)** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1, and LR 26-4, Plaintiff, KEVIN L. MITCHELL ("Plaintiff") and Defendant, KAITLYN MARIE KIRBY ("Defendant"), by and through their respective counsel, hereby stipulate and agree to jointly move this Court for an Order extending the current close of discovery deadline by ninety (90) days.

**I. STATEMENT OF DISCOVERY COMPLETED**

1.  The parties conducted a Fed. R. Civ. P. Rule 26(f) Conference on January 3, 2020.

2.  Plaintiff served his Initial Disclosures Pursuant to Rule 26(a)(1) on February 14, 2020.

3.  Defendant served her Initial Disclosures Pursuant to Rule 26(a)(1) on February 11, 2020.

4.  Defendant served her First Supplement to Initial Disclosures Pursuant to Rule 26(a)(1) on March 16, 2020.

5. Defendant served her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff on January 23, 2020.

6. Plaintiff served his First Set of Interrogatories and Requests for Admission to Defendant on February 13, 2020.

7. Defendant took the deposition of the Plaintiff on March 6, 2020.

8. Plaintiff served his Initial Expert Disclosure on April 13, 2020.

9. Plaintiff took the deposition of the Defendant on April 14, 2020.

10. Defendant has noticed the deposition of Plaintiff's prior employer for May 20, 2020.

11. Defendant served her Second Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff on May 6, 2020.

### III. DISCOVERY PLAN (DISCOVERY WHICH REMAINS TO BE COMPLETED)

1. Defendant is still, independently, seeking Plaintiff's medical records from his July 28, 2018 automobile accident and the subject November 5, 2018 automobile accident from Plaintiff's medical providers.

2. The disclosure of rebuttal expert witnesses.

3. The deposition of Plaintiff's medical providers and expert witness.

### IV. GROUNDS FOR DISCOVERY EXTENSION:

The parties have been diligent in conducting discovery in this matter. Unfortunately, the Plaintiff's medical providers have not responded as quickly as usual to Defendant's requests for Plaintiff's medical records and are unwilling, at this time, to schedule depositions. Delaying potential hearings and depositions allows the parties time to comply with the recommendations for social distancing during the current COVID-19 pandemic. Additionally, there are potential discovery issues associated with Plaintiff's treatment for injuries he sustained in a July 28, 2018 automobile accident in Chicago, Illinois compared to the injuries he allegedly sustained in the subject November 5, 2018 accident. As such, the parties request additional time to complete discovery.

/ / /

Accordingly, to allow sufficient time for the above records to be received and depositions to be taken, the parties have agreed to extend the current close of discovery deadlines herein for ninety (90) days. The parties propose the following dates for the new Scheduling Order:

| Event | Current Deadline | **Proposed Deadline** |
|---|---|---|
| Last Day to File Motions to Add Parties or Amend Pleadings | 03/12/20 | Closed |
| Initial Expert Disclosures | 04/13/20 | Closed |
| **Rebuttal Expert Disclosures** | 05/11/20 | 05/11/20 |
| **Close of Discovery** | 06/10/20 | **09/08/20** |
| **Last Day to File Dispositive Motions** | 07/10/20 | **10/08/20** |
| **Last Day to File Joint Pre-Trial Order** | 08/10/20 | **11/09/20** |

DATED this 8th day of May 2020.

**BAKER LAW OFFICES**

/s/ Andrew Barton
LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
ANDREW BARTON, ESQ.
Nevada Bar No. 12692
500 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 360-4949
Fax: (702) 360-3234
Email: lit@bakerattorneys.net
*Attorney for Plaintiff*

DATED this 8th day of May 2020.

**HARPER | SELIM**

/s/ James E. Harper
JAMES E. HARPER, ESQ.
Nevada Bar No. 9822
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
Tel: (702) 948-9240
Fax: (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED that the discovery deadlines in this matter are extended as follows:

1. The rebuttal expert disclosure deadline shall remain on or May 11, 2020.

2. All parties shall complete discovery on or before September 8, 2020.

3. All parties shall file any dispositive motions on or before October 8, 2020.

/ / /

3

4. The Pre-Trial Order shall be filed by November 9, 2020. This deadline is suspended if a dispositive motion is filed within the time frame mandated.

DATED this 11th day of May 2020.

_____
UNITED STATES MAGISTRATE JUDGE